**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    18-cr-00300-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH PRINCE,

      Defendant.

---

## INDICTMENT

---

The grand jury charges:

## GENERAL ALLEGATIONS

At all times relevant to the Indictment:

    1.      The Department of Veterans Affairs ("VA") was an independent federal agency.

    2.      The VA provided health care benefits to certain Korea and Vietnam Veterans' birth children diagnosed with spina bifida ("SB").

    3.      The SB Health Care Benefits Program paid for home health services, including home health aide services and homemaking services.  Home health agencies entered into the VA system as an authorized vendor could provide and bill for these services.

    4.      The Veterans Health Administration Office of Community Care in Denver, Colorado, managed the SB Health Care Benefits Program, including authorization of benefits and the subsequent processing and payment of health care claims.

5. Defendant JOSEPH PRINCE was a VA employee who worked for the Office of Community Care in Denver. PRINCE was a Beneficiary/Provider Relationships Specialist for the SB Health Care Benefits Program, responsible for maintaining expertise in the benefits program, acting on behalf of beneficiaries and health care providers on questions and issues requiring problem resolution, and coordinating with health care providers to ensure effective claim processing, among numerous other duties.

6. Advantage Home Health Agency ("Advantage") was a Colorado Limited Liability Corporation registered with the Colorado Secretary of State on or about July 31, 2017. Advantage was an authorized VA vendor. PRINCE'S wife, F.P., was the registered agent for Advantage and had a financial interest in Advantage.

7. Advantage "hired" family members or other associates of SB beneficiaries as independent contractors to provide home health services to SB beneficiaries. Advantage submitted claims to the VA for those services on an ongoing basis and for one full year of services retroactive to the date Advantage contracted with the beneficiaries' family members. Advantage paid the caretaker a portion of the VA payments, retaining the majority. Total claims for an individual beneficiary on an annual basis could be hundreds of thousands of dollars.

8. Between September 11, 2017, and June 1, 2018, the VA paid Advantage approximately $4.3 million for claims associated with services provided to SB beneficiaries.

## COUNTS 1–7
### 18 U.S.C. §§ 208(a) & 216(a)(2)

9. Paragraphs 1 through 8 are re-alleged and incorporated herein.

10. On or about the dates identified below, in the State and District of Colorado, JOSEPH PRINCE willfully participated personally and substantially as a Government employee

through recommendation, the rendering of advice, and otherwise, in a particular matter in which

to his knowledge his spouse had a financial interest, namely, through recommendation, referral,

and direction that SB beneficiaries and SB beneficiary caretakers use Advantage in connection

with home health and homemaking services, and for submitting claims to the VA for such

services, provided for the benefit of the SB beneficiaries identified in the chart below.

| COUNT | DATE | BENEFICIARY |
|---|---|---|
| 1 | August 14, 2017 | M.E. |
| 2 | August 14, 2017 – August 27, 2017 | J.E. |
| 3 | August 23, 2017 – September 7, 2017 | J.J. |
| 4 | August 28 – 29, 2017 | E.N. |
| 5 | September 7, 2017 | D.M. |
| 6 | January 17 – 23, 2018 | B.B. |
| 7 | January 25 – February 5, 2018 | R.S. |

The foregoing is in violation of Title 18, United States Code, Sections 208 and 216(a)(2).

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
United States Attorney

By: *s/ Anna K. Edgar*
Anna K. Edgar
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Anna.Edgar@usdoj.gov
Attorney for the United States