IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00300-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSEPH PRINCE,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2019.**

    Defendant's Unopposed Motion to Modify Conditions of Release [filed June 25, 2019; ECF No. 61] is **granted**. Defendant's conditions of release are modified as outlined in the motion at Section II.